UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES COOPER, | ) | Case No. 2:17-CV-00460-GCS-EPD |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE DEAVERS |
| | ) | |
| v. | ) | |
| | ) | |
| HONDA OF AMERICA MFG., INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT, WITH ATTACHED SETTLEMENT AGREEMENT AND RELEASE, UNDER SEAL

This matter comes before the Court on the Parties' Joint Motion For Leave To File Motion For Approval of Settlement Agreement, With Attached Settlement Agreement and Release, Under Seal. (ECF No. 23.) For good cause shown, the Motion is hereby **GRANTED**. The Joint Motion for Approval of Settlement Agreement, and Settlement Agreement and Release, shall be filed under seal.

**IT IS SO ORDERED.**

Date: November 29, 2017        /s/ *Elizabeth A. Preston Deavers*
                               ELIZABETH A. PRESTON DEAVERS
                               UNITED STATES MAGISTRATE JUDGE