# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES COOPER, | ) | Case No. 2:17-CV-00460-GCS-EPD |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE DEAVERS |
| | ) | |
| v. | ) | |
| | ) | |
| HONDA OF AMERICA MFG., INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND TO DISMISS ACTION WITH PREJUDICE

THIS MATTER came before the Court upon the Parties' Joint Motion to Approve Settlement Agreement and Release Filed Under Seal. The Court having reviewed the Joint Motion and being fully advised in the premises, hereby

ORDERS and ADJUDGES as follows:

1. The Court finds that the settlement agreement is a fair and reasonable resolution of a bona fide dispute over the wage claims raised in this case.

2. The Court approves the settlement of this case.

3. This case is **DISMISSED** with prejudice, with each party to bear its own attorneys' fees and costs, except as otherwise agreed between the Parties.

**IT IS SO ORDERED.**


Date: December 4, 2017					      /s/ *Elizabeth A. Preston Deavers*
							ELIZABETH A. PRESTON DEAVERS
							UNITED STATES MAGISTRATE JUDGE